**Opinion issued July 5, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-11-00769-CV

———————————

## IN RE MOODY NATIONAL KIRBY HOUSTON S, LLC, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

On September 13, 2011, Relator, Moody National Kirby Houston S, LLC ("Moody"), filed a petition for writ of mandamus seeking to compel the trial court to grant its motion to expunge the lis pendens filed by Real Party in Interest, Capcor at KirbyMain, LLC ("Capcor"), on a parcel of real property owned by

Moody.[1]  The motion was based on Capcor's alleged failure to comply with the notice requirements of Texas Property Code section 12.0071(d).  *See* TEX. PROP. CODE ANN. § 12.0071(d) (West 2012).  On March 11, 2013, Moody filed a second petition for writ of mandamus, asserting a new ground for expunction under section 12.0071(c)(2).  *See id.* § 12.0071(c)(2).  Because Moody abandoned the ground asserted in its first petition, we dismiss Moody's first petition for writ of mandamus as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Sharp and Massengale.

---

[1]  The underlying case is *Capcor at KirbyMain, LLC v. Moody National Kirby Houston S, LLC and Moody National Title Company, LP*, Cause No. 2011-32904, pending in the 215th Judicial District Court of Harris County, Texas, the Honorable Elaine Palmer, presiding.

2